**In re Robert C. BENING and Thomas J. McCarthy**

No. 02–1117.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).